IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| MICHAEL WIDMER #B-30985, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1248-MJR |
| | ) | |
| RICHARD HARRINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES *INSTANTER*

NOW COME the Defendants, RICHARD HARRINGTON, JOHN RESTOFF, WILLAIM QUALLS and AARON WALTERS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby file the instant answer and affirmative defenses *instanter*, stating as follows:

## STATEMENT OF CLAIM

1) All Defendants are sued in their official and individual capacities.

**ANSWER: The statement in paragraph 1 does not contain allegations. Therefore, no response is needed. However, to the extent a response is necessary, Defendants deny.**



2) At all times of incidents and allegations of this complaint, I was in the custody and control of the defendants at Menard Correctional Center.

**ANSWER: Defendants admit Plaintiff's complaint involves alleged incidents at Menard Correctional Center.**



3) All defendants were acting under the color of state law at all times and dates of allegations of this complaint.

**ANSWER: Defendants admit the allegations in paragraph 3.**



4) Defendants were aware that their actions against me were of a nature that would cause me to suffer injury and could potentially result in death.

**ANSWER: Defendants deny the allegations in paragraph 4.**



5) On 11-15-13 I was moved to cell 105 at Menard West Cell House.

**ANSWER: Defendants have insuffiicient knowledge to admit or deny the allegations in paragraph 5. However, according to IDOC's Offender Tracking system Plaintiff was moved to Cell 105 in the West Cell House at Menard on November 15, 2013.**



6) After being subjected to thick smoke and temperatures below 32° F for 7 days, I became very ill.

**ANSWER: Defendants have insufficient knowledge to admit or deny the allegations in paragraph 6.**

7) I am an asthmatic.

**ANSWER: Defendants have insufficient knowledge to admit or deny the allegations in paragraph 7.**



8) On 11-21-13, I requested to see a medical staff member from defendant Sgt Qualls and was denied this request.

**ANSWER: Defendant Qualls denies the allegations in paragraph 8. The remaining**

2

**defendants have insufficient knowledge to admit or deny the allegations in paragraph 8.**


9) On 11-21-13, I was wheezing, spitting up green mucus and eventually began to puke red blood.

**ANSWER: Defendants have insufficient knowledge to admit or deny the allegations in paragraph 9.**


10) On 11-21-13, I informed defendant Qualls that being subjected to the excessive cold and thick smoke was causing me to become ill.

**ANSWER: Defendant Qualls has insufficient recollection to admit or deny the allegations in paragraph 10. The remaining defendants have insufficient knowledge to admit or deny the allegations in paragraph 10.**


11) On 11-21-13 defendant Qualls became angry toward me for complaining about the smoke, cold and requesting medical treatment and retaliated by unplugging my TV cable and shutting off my water in the tunnel.

**ANSWER: Defendant Qualls denies the allegations in paragraph 11. The remaining defendants have insufficient knowledge to admit or dney the allegations in paragraph 11.**


12) On 11-21-13 defendant Qualls came to my cell 105 and threatened me that he would leave my water off and TV unhooked if I complained again.

**ANSWER: Defendant Qualls denies the allegations in paragraph 12. The remaining defendants have insufficient knowledge to admit or deny the allegations in paragraph 12.**



**ANSWER: Defendant Harrington has insufficient recollection to admit or deny the allegations in paragraph 13. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 13.**



**ANSWER: Defendants have insufficient knowledge to admit or deny the allegations in paragraph 14.**



**ANSWER: Defendants have insufficient knowledge to admit or deny the allegations in paragraph 15.**



**ANSWER: Defendant Restoff has insufficient recollection to admit or deny the allegations in paragraph 16. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 16.**



**ANSWER: Defendant Restoff has insufficient recollection to admit or deny the**

4

allegations in paragraph 17. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 17.



18\) On 11-27-13 defendant Restoff denied me medical treatment.

ANSWER: Defendant Restoff denies the allegations in paragraph 18. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 18.

19\) On 11-28-13, defendant Resthoff again denied me medical treatment.

ANSWER: Defendant Restoff denies the allegations in paragraph 19. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 19.

20\) On 11-28-13, I summoned defendant A. Walters who was assigned as West 1 gallery officer during the 3-11 shift, to my cell 105.

ANSWER: Defendant Walters has insufficient recollection to admit or deny the allegations in paragraph 20. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 20.



21\) On 11-28-13, I informed defendant Walters that I was very ill, an asthmatic and was having difficulty breathing, due to the cold and thick smoke.

ANSWER: Defendant Walters has insufficient recollection to admit or deny the allegations in paragraph 21. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 21.



22) I requested defendant Walters contact medical staff for me on 11-28-13 and defendant Walters asked me, "are you going to die"?

**ANSWER: Defendant Walters has insufficient recollection to admit or deny the allegations in paragraph 22. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 22.**



23) On 11-28-13, defendant Walters refused me medical treatment.

**ANSWER: Defendant Walters denies the allegations in paragraph 23. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 23.**

24) On 11-28-13, I Filed a 2nd Emergency grievance to defendant Harrington, describing the cold and smoke conditions, fact that I was very ill and that the defendants had denied me medical treatment.

**ANSWER: Defendant Harrington has insufficient recollection to admit or deny the allegations in paragraph 24. The remaining Defendants have insufficient knowledge to admit or deny the allegations in paragraph 24.**



25) I attached 3 affidavits of 3 cellmates of mine, at times and dates of allegations of this complaint. (See exhibits A+B+C)

**ANSWER: The statement in paragraph 25 does not contain allegations. Therefore, no response is needed. However, to the extent a response is necessary, Defendants deny.**

26) I suffered extreme stomach, head, throat pain and nausea as well as mental and emotional anguish as a result of the defendants malicious actions!

**ANSWER: Defendants deny violating Plaintiff's constitutional rights. Further, Defendants have insufficient knowledge to speak to Plaintiff's physical and emotional well-being.**

### JURY DEMAND

Defendants demand a trial by jury in this matter.

### REQUESTED RELIEF

1.    Defendants deny Plaintiff is entitled to declaratory relief.

2.    Defendants deny Plaintiff is entitled to compensatory damages.

3.    Defendants deny Plaintiff is entitled to punitive damages.

4.    Defendants deny Plaintiff is entitled to injunctive relief.

4.    Defendants deny Plaintiff is entitled to any relief.

### AFFIRMATIVE DEFENSES

1.    At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are, therefore, protected from suit by the doctrine of qualified immunity.

2.    To the extent the Plaintiff has failed to exhaust all administrative remedies prior to filing suit, his claims are barred by the Prison Litigation Reform Act.

3.    Plaintiff's claims against the Defendants in their official capacity are barred by sovereign immunity and the Eleventh Amendment.

4.    Plaintiff's request for injunctive relief is barred by the Eleventh Amendment.

5.     Plaintiff's request for injunctive relief is limited/barred by PLRA. 18 U.S.C.

§ 3626

WHEREFORE, Defendants respectfully request that this court deny the

requested relief.

Respectfully submitted,

RICHARD HARRINGTON, JOHN
RESTOFF, WILLAIM QUALLS and AARON
WALTERS,

Defendants,

Brent Colbert #6312563
Assistant Attorney General            LISA MADIGAN, Attorney General,
500 South Second Street               State of Illinois,
Springfield, Illinois   62706
(217) 782-2077   Phone                    Attorney for Defendants,
(217) 524-5091   Fax
Email: bcolbert@atg.state.il.us

Of Counsel.                           By:   \s\ Brent Colbert
                                            Brent Colbert
                                            Assistant Attorney General

8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

MICHAEL WIDMER #B-30985,            )
                                    )
            Plaintiff,              )
                                    )
      -vs-                          )        No. 13-1248-MJR
                                    )
RICHARD HARRINGTON, et al.,         )
                                    )
            Defendants.             )

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2014, I electronically filed Defendants' Answer and Affirmative Defenses *Instanter* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on May 8, 2014, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Widmer #B-30985
Menard Correctional Center
700 Kaskaskia Street
PO Box 1000
Menard, IL   62259

Respectfully submitted,

By: \s\ Brent Colbert
Brent Colbert #6312563
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62706
(217) 782-2077   Telephone
(217) 524-5091   Fax
Email: bcolbert@atg.state.il.us

9

10