IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MICHAEL WIDMER #B-30985, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 13-1248-MJR |
| RICHARD HARRINGTON, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, RICHARD HARRINGTON, JOHN RESTOFF, WILLAIM QUALLS and AARON WALTERS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois and pursuant to Federal Rule of Civil Procedure 56 hereby submit this Motion for Summary Judgment. In support thereof, the following statements are made:

1. Pursuant to the Prison Litigation Reform Act, all prison inmates bringing an action under 42 U.S.C. § 1983 must first exhaust all administrative remedies that may be available to them before being allowed to proceed with the lawsuit. (42 U.S.C. § 1997e(a)).

2. A review of the Administrative Review Board's ("ARB") records and the Menard Correctional Center's Grievance Office records indicate that Plaintiff did not properly exhaust his claims.

3. In this case, both the Menard Grievance Office and the ARB have no record of Plaintiff filing any timely grievances related to the claims in this case.

4. The Seventh Circuit has clearly held that to sufficiently exhaust all administrative remedies, a prisoner must file complaints and appeals in the place, and at the time, the prison's administrative rules require.

5. Plaintiff failed to do this and, therefore, has not exhausted his administrative remedies prior to filing suit, as required by the Prison Litigation Reform Act. Therefore, summary judgment in favor of the Defendants is proper in this case.

6. A memorandum of law in support of the instant motion is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendants respectfully request that this honorable Court grant summary judgment in their favor.

Respectfully submitted,

RICHARD HARRINGTON, JOHN RESTOFF, WILLAIM QUALLS and AARON WALTERS,

    Defendants,

Brent Colbert #6312563
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-2077 Phone
(217) 524-5091 Fax
Email: bcolbert@atg.state.il.us

Of Counsel.

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,

By: \s\ Brent Colbert
    Brent Colbert
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

MICHAEL WIDMER #B-30985,           )
                                   )
           Plaintiff,              )
                                   )
     -vs-                          )   No. 13-1248-MJR
                                   )
RICHARD HARRINGTON, et al.,        )
                                   )
           Defendants.             )

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2014, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on July 1, 2014, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Widmer #B-30985
Menard Correctional Center
711 Kaskaskia Street
PO Box 1000
Menard, IL   62259

Respectfully submitted,

By: \s\ Brent Colbert
Brent Colbert #6312563
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62706
(217) 782-2077   Telephone
(217) 524-5091   Fax
Email: bcolbert@atg.state.il.us

3